UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ------------------------------------------------------------- X | | |
| RYAN O'DELL, | : | |
|                      Plaintiff, | : | |
|           -against- | : | 23 Civ. 3254 |
| SEAGEN, INC., et al., | : | |
|                      Defendants. | : | |
| ------------------------------------------------------------- X | | |
| ELAINE WANG, | : | |
|                      Plaintiff, | : | |
|           -against- | : | 23 Civ. 3302 |
| SEAGEN, INC., et al., | : | |
|                      Defendants. | : | |
| ------------------------------------------------------------- X | | |
| JANET BOYD, | : | |
|                      Plaintiff, | : | |
|           -against- | : | 23 Civ. 3309 |
| SEAGEN, INC., et al., | : | |
|                    Defendants. | : | |
| ------------------------------------------------------------- X | | |
| SANDRA OBER, | : | |
|                      Plaintiff, | : | |
|           -against- | : | 23 Civ. 3378 |
| SEAGEN, INC., et al., | : | |
|                    Defendants. | : | <u>ORDER</u> |
| ------------------------------------------------------------- X | | |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, each of the above-captioned cases challenge the same proposed transaction, in which Pfizer, Inc., will acquire Defendant Seagen, Inc., under the Securities and Exchange Act. Each of the above-captioned cases seeks to enjoin the proposed transaction. It is hereby

**ORDERED** that the parties who have appeared in each of the above-captioned cases will meet and confer regarding this litigation. Those parties shall file a joint status letter no later than **May 5, 2023**. Such a letter shall state whether these actions should be consolidated pursuant to Federal Rule of Civil Procedure 42, which allows for the consolidation of cases which present a common question of law or fact. If the parties believe these actions should not be consolidated,

the parties shall state in the letter the reason(s) why not and how these actions should be litigated efficiently to avoid duplication of efforts.  Such a status letter shall further state whether any party wishes to move for a temporary restraining order and/or preliminary injunction.  The parties are directed to the Court's Individual Rules regarding the procedure for requesting such relief.

Following the filing of the joint status letter, the Court will schedule a joint initial pretrial conference.

Dated: April 25, 2023
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE