# MELWANI & CHAN LLP

1180 Avenue of the Americas, 8th Floor
New York, NY 10036
212-382-4620
gloria@melwanichan.com

May 3, 2023

**VIA ECF**
The Honorable Lorna G. Schofield
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

> Re:   **O'Dell v. Seagen Inc. et al., No. 1-23:cv-03254 (LGS**)
> **Wang v. Seagen, Inc., et al., No. 1-23:cv-03302 (LGS)**
> **Boyd v. Seagen, Inc., et al., No. 1-23:cv-03309 (LGS)**
> **Ober v. Seagen, Inc., et al., No. 1-23:cv-03378 (LGS)**

Dear Judge Schofield:

We respectfully send this status letter in response to the Court's April 25, 2023 Order setting a deadline of May 5, 2023 to file a joint status letter. (Dkt. Nos. 3, 5, 7 & 7, respectively).

Counsel for the Plaintiffs in the above-referenced actions have conferred and agree and consent to the consolidation of the actions pursuant to Federal Rule of Civil Procedure 42. Further, Plaintiffs' Counsel have conferred and, in light of the allegations made in the above-referenced actions, are prepared to seek injunctive relief if the Company does not agree to supplement its Definitive Proxy Statement filed with the United States Securities and Exchange Commission on April 24, 2023.

Respectfully,

Gloria K. Melwani

cc:   Marc Ackerman, Esquire
Benjamin Kaufman, Esquire
Douglas Risen, Esquire