UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
RYAN O'DELL,                                                 :
                                   Plaintiff,                :
              -against-                                      :     23 Civ. 3254
SEAGEN, INC., et al.,                                        :
                                   Defendants.               :
------------------------------------------------------------ X
ELAINE WANG,                                                 :
                                   Plaintiff,                :
              -against-                                      :     23 Civ. 3302
SEAGEN, INC., et al.,                                        :
                                   Defendants.               :
------------------------------------------------------------ X
JANET BOYD,                                                  :
                                   Plaintiff,                :
              -against-                                      :     23 Civ. 3309
SEAGEN, INC., et al.,                                        :
                                   Defendants.               :
------------------------------------------------------------ X
SANDRA OBER,                                                 :
                                   Plaintiff,                :
              -against-                                      :     23 Civ. 3378
SEAGEN, INC., et al.,                                        :
                                   Defendants.               :     ORDER
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, each of the above-captioned cases challenge the same proposed transaction, by which Pfizer, Inc., would acquire Defendant Seagen, Inc.. Each of the above-captioned cases seeks to enjoin the proposed transaction.

WHEREAS, on May 3, 2023, Plaintiffs in each of the above-captioned cases filed a joint letter consenting to the consolidation of these cases. *See* Fed. R. Civ. P. 42(a) ("If actions before the court involve a common question of law or fact, the court may . . . consolidate the actions[.]"). It is hereby

**ORDERED** that the cases are hereby consolidated for all purposes under the case name *In re Seagen, Inc. Securities Litigation*, No. 23 Civ. 3254, and all further filings shall be made under that case name and number. The following cases shall be administratively closed: *Wang v. Seagen, Inc.*, No. 23 Civ. 3302, *Boyd v. Seagen, Inc.*, No. 23 Civ. 3309, and *Ober v. Seagen, Inc.*, No. 23 Civ. 3378. It is further

**ORDERED** that Plaintiffs shall file a consolidated complaint by **May 12, 2023**. It is further

**ORDERED** that, pursuant to Local Civil Rule 1.6, the parties shall notify the Court of any action subsequently filed, transferred or removed to this Court that arises out of the same or similar operative facts for potential consolidation into this case or a determination of relatedness.

An order scheduling an initial pretrial conference in the consolidated case will issue separately.

The Clerk of Court is respectfully directed to close *Wang v. Seagen, Inc.*, No. 23 Civ. 3302, *Boyd v. Seagen, Inc.*, No. 23 Civ. 3309, and *Ober v. Seagen, Inc.*, No. 23 Civ. 3378, and to change the case name of No. 23 Civ. 3254 to *In re Seagen, Inc. Securities Litigation.*

Dated: May 4, 2023
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**