UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
                                                           :
IN RE SEAGEN, INC. SECURITIES            :            23 Civ. 3254 (LGS)
LITIGATION                                           :
                                                           :                    ORDER
-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, an Order issued May 4, 2023, required Plaintiffs to file a consolidated

complaint by May 12, 2023.  No such complaint was filed.  It is hereby

        **ORDERED** that Plaintiffs shall file a consolidated complaint as soon as possible and no

later than **May 16, 2023**.

Dated: May 15, 2023
        New York, New York

                                        LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE